UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    - against -

JOHN WRIGHT,

           Defendant.

15-cr-364-2 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendant has moved for early termination of supervised release. The Government should respond by **May 23, 2025**. The defendant may reply by **June 6, 2025**.

SO ORDERED.

Dated:    New York, New York
            May 9, 2025

                                                John G. Koeltl
                                        United States District Judge