```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

UNITED STATES OF AMERICA,

      - against -

JOHN WRIGHT,

           Defendant.

15-cr-364 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendant, John Wright, has moved for an early termination of supervised release. ECF No. 95. It appears that the motion was filed in this court as a result of a clerical mistake. Jurisdiction over Mr. Wright's supervised release has been transferred to the Northern District of New York. That court denied Mr. Wright's application for an early termination of supervised release on May 6, 2025.

Therefore, the motion for an early termination of supervised release is **denied as moot** on the docket of this Court. The Clerk is directed to close ECF No. 95. The Clerk is further directed to mail this Order to the defendant at:

    John Wright
    186 N. Greenfield Rd.
    Porter Corners, NY 12859

SO ORDERED.
Dated:    New York, New York
            July 7, 2025

                                  John G. Koeltl
                              United States District Judge